**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEPHEN SNYDER,**
                        **Plaintiff,**

**-vs-**                                           **Case No. 6:04-cv-413-Orl-KRS**

**TIF-JEN, INC.,**
**ROBERT A. LOOSCH,**
                        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the Court's own initiative. The Case Management and Scheduling Order ordered the parties to complete mediation on or before May 23, 2005. Doc. No. 15. The Case Management and Scheduling Order also states, "Within **five days** of the conclusion of the mediation conference, the mediator shall file and serve a written mediation report stating whether all required parties were present, whether the case settled, and whether the mediator was forced to declare an impasse." *Id.* at 11. More than five days have passed since May 23, 2005, and no mediation report has been filed in the present case. Accordingly, it is **ORDERED** that on or before June 17, 2005, the parties shall file a joint notice stating the outcome of mediation.

**DONE** and **ORDERED** in Orlando, Florida on June 8, 2005.

                                              *Karla R. Spaulding*
                                              KARLA R. SPAULDING
                                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties